UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jorge Diaz Ramirez
Defendant(s).
----------------------------------------------------------------X

Defendant __Jorge Diaz Ramirez__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

_✓_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

/s/ Jorge Diaz Ramirez
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jorge Diaz Ramirez
Print Defendant's Name

Defendant's Counsel's Signature

DAVID S. ZAPP
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/1/2020
Date
Judge

JAMES L. COTT
United States Magistrate Judge