

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2020

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

*So Ordered.*
X /s/ Alvin K. Hellerstein 9-14-2020

Re: *United States v. Jorge Ariel Diaz-Ramirez,* 05 Cr. 708 (AKH)

Dear Judge Hellerstein:

The parties write to jointly propose that the Court release the defendant on bail with the following conditions: a $500,000 personal recognize bond, secured by $50,000 cash, cosigned by two financially responsible persons, under regular pretrial supervision, and with travel restricted to the Southern and Eastern Districts of New York. The parties further propose that the defendant be released immediately on his own signature and have three weeks to satisfy the remaining conditions of his release.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____/s/_____
Jason A. Richman
Assistant United States Attorney
(212) 637-2589

cc: Defense counsel (by ECF)