UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

vs.

JORGE ARIEL DIAZ RAMIREZ

05CR708 (AKH)
ORDER FOR RELEASE
OF CASH BAIL

------------------------------------------------------------X

WHEREAS, on or about the 5th day of October, 2020, the defendant secured his release on bail by posting $50,000.00 cash bond and

WHEREAS, the charges against Jorge Ariel Diaz Ramirez have been dismissed,

IT IS HEREBY ORDERED that the Clerk of the Court is hereby authorized and directed to return the said $50,000.00 to the receipt holder of the posted bond.

Dated: New York, New York
       November 23, 2020

So Ordered:

_____
Hon. Alvin K. Hellerstein